JON G. BROOKS, ESQ. SBN: 217930
LAW OFFICES OF JON G. BROOKS
1900 The Alameda, Suite 520
San Jose, CA 95126
(408) 286-2766

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>GILBERT CORONA LARA,<br><br>and<br><br>CYNTHIA LOUISE LARA,<br><br>Debtor(s) | BANKRUPTCY NO. 14-53167 SLJ<br><br>CHAPTER 13<br><br>**MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY**<br><br>Date: TBD<br>Time: TBD<br>Place: U.S Bankruptcy Court<br>280 S. First Street<br>San Jose, CA<br>Courtroom 3099<br><br>Judge: Stephen L. Johnson |

The Debtors hereby move for an order allowing the sale of real property as follows and for the following reasons:

1. The Debtors herein filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on July 29, 2014. Their plan was confirmed on October 23, 2014.

2. The Debtors have contracted to sell their 100% interest in real property located at 3064 White Oak Court, Turlock, CA 95382, subject to approval of this Court, subject to approval of this Court. This property is not the Debtors' residence.

3. The essential details of this transaction are as follows:

1

MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY

| | |
|---|---|
| Sellers' Real Estate Agent: | Ron Dale |
| Sellers' Real Estate Agency: | PMZ Real Estate |
| | 1600 N. Carpenter Road, Suite A1 |
| | Modesto, CA 95351 |
| | (209) 499-6736 |
| | |
| Buyers' Real Estate Agent: | Tabitha Alves |
| Buyers' Real Estate Agency: | Century 21 MM |
| | 1351 Geer Road |
| | Turlock, CA 95380 |
| | (209) 495-0212 |
| | |
| Escrow Company: | Stewart Title of California, Inc. |
| | 2030 W. Monte Vista Ave. |
| | Turlock, CA 95382 |
| | |
| Escrow No: | 379211 |
| Escrow Officer: | Diane Medina |
| Telephone: | (209) 632-2341 |
| | |
| Contract sales price: | $415,000.00 |

Distributions:

    Wells Fargo Bank, N.A. ..................................... $370,641.18
    PMZ Real Estate (Seller's agent)............................. $8,300.00
    Century 21 M&M (Buyer's agent)............................ $8,300.00
    Costs of sale (Title,Taxes,Escrow,Recording, Misc)$18,806.13

    Subtotal Paid Directly (not to Trustee).................. $406,047.31

To Chapter 13 Trustee for Administration:

    Debtors' Attorney (estimated; upon court approval) . $4,000.00
    Chapter 13 Trustee Admin Claim (on distributions
    of general unsecured claims, atty fees)......................... $400.00

    Subtotal of Funds to Trustee................................... $4,400.00

    Net proceeds to the Debtors:................................... $4,552.69

Is the Chapter 13 plan being paid off from the proceeds?   No.

3. The Debtors claimed an exemption of $11,022.70 for their property on Schedule C as amended on March 26, 2019.

4. This transaction is an arms-length transaction with no prior relationship between the Debtors and the buyers. This transaction is for the full value of the property and is not a short sale.

5. Attached is a current net sheet for the transaction detailing the expected sources and distributions of funds in the transaction. The figures represented are approximations and can be expected to be refined up until the sale is consummated. The net sheet does not show estimated Debtors' attorney's fees through the hearing on this motion and a subsequent/simultaneous motion for Supplemental Attorney's Fees and Costs.

6. The Purchase Agreement shows that escrow is scheduled to close on or about April 5, 2019, but the Seller's counter does contain a contingency for court approval of the sale. This may be extended by a few days.

WHEREFORE, Debtors request that the court order that:

1. The Debtors be allowed to sell their interest in the real property described above.

2. [At the request of the Chapter 13 Trustee] Any net proceeds from the sale which would be paid to the Debtors if the Debtors were not in a Chapter 13 proceeding be disbursed first in accordance with the demand of the Debtors' Chapter 13 Trustee, and any remainder shall be disbursed directly to the Debtors.

3. [At the request of the Chapter 13 Trustee] As a condition of this transaction the escrow company shall comply with and satisfy the escrow demand of Devin Derham-Burk, Chapter 13 Trustee. If the Chapter 13 Trustee does not intend to submit a demand, she shall notify the escrow agent in writing. Per her demand, the Trustee shall be the disbursing agent on Proofs of Claim relating to this case, filed with the clerk's office of the bankruptcy court. The Trustee shall take her statutory fees on

3

MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY

receipts in connection with this transaction whether or not this transaction closes prior to confirmation of the Plan.

    4.    [At the request of the Chapter 13 Trustee] Within fifteen days of the closing of the sale, the escrow company shall provide the Chapter 13 Trustee with a copy of the closing statement for the escrow.

    5.    Any delay of effectiveness of the order requested herein due to F.R.B.P. 6004 or any other similar rule be waived so that the order will be effectively immediately.

Respectfully submitted,

Dated: March 26, 2019                    /s/ Jon G. Brooks
                                                 Jon G. Brooks
                                                 Attorney for Debtors

LAW OFFICES of
JON G. BROOKS
1900 The Alameda, Suite 520
San Jose, California 95126

| American Land Title Association | ESTIMATED ALTA Settlement Statement - Seller |
| --- | --- |
| | Adopted 05-01-2015 |

File No./Escrow No.: 379211
Officer/Escrow Officer: Diane Medina

**Stewart Title of California, Inc.**
**2030 W Monte Vista Ave**

**Turlock, CA 95382**
**(209) 632-2341**

Property Address: 3064 WHITE OAK COURT
TURLOCK, CA 95382 (STANISLAUS)
(087-016-026)

Seller: GILBERT C. LARA

CYNTHIA L. LARA

Lender:

Settlement Date:
Disbursement Date:

| Description | Seller | | |
| --- | --- | --- | --- |
| | P.O.C. | Debit | Credit |
| **Deposits, Credits, Debits** | | | |
| Sale Price of Property | | | $415,000.00 |
| **Prorations** | | | |
| County Taxes 4/10/2019 to 7/1/2019 @ $2,740.63/Six Months | | | $1,241.61 |
| **Payoffs** | | | |
| Payoff of First Mortgage Loan | | $370,641.18 | |
|    Principal: $343,236.50 | | | |
|    Interest, 3/31/2019 to 5/1/2019 @$61.12/day: $1,894.72 | | | |
|    Suspense Balance: ($110.12) | | | |
|    Prop Insp & Presev: $16.50 | | | |
|    Unpaid NSF Charges: $125.00 | | | |
|    Recon Fee: $205.30 | | | |
|    Interest : $2,500.00 | | | |
|    Escrow/Impounds: $3,203.29 | | | |
|    Interest: $19,569.99 | | | |
| **Commissions** | | | |
| Real Estate Commission to PMZ Real Estate | | $8,300.00 | |
| Real Estate Commission to Century 21 M&M and Associates | | $8,300.00 | |
| **Title Charges** | | | |
| Title - Owner's Title Insurance to Stewart Title of California, Inc. | | $623.00 | |
| Title - Document preparation to Stewart Title of California, Inc. | | $100.00 | |
| Title - Notary fees to Stewart Title of California, Inc. | | $200.00 | |
| Title - Settlement or closing fee to Stewart Title of California, Inc. | | $592.50 | |
| Title - Wire Processing Fee to Stewart Title of California, Inc. | | $34.00 | |
| Title - Courier Fee to Stewart Title of California, Inc. | | $40.00 | |
| **Government Recording and Transfer Charges** | | | |
| County Deed Tax/Stamps to Stewart Title of California, Inc. | | $456.50 | |
| Release to Stewart Title of California, Inc. $75.00 | | $75.00 | |
| **Additional Settlement Charges** | | | |
| 2nd Install 2018/19 of Property Tax to Stanislaus County Tax Collector | | $2,740.63 | |
| 3.33% Withholding / State of CA to Franchise Tax Board | | $13,819.50 | |
| Natural Hazard Disclosure to TBD | | $125.00 | |
| | P.O.C. | Debit | Credit |
| Subtotals | $0.00 | $406,047.31 | $416,241.61 |
| Due To Seller | | $10,194.30 | |
| Totals | $0.00 | $416,241.61 | $416,241.61 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTIONS: If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040). This transaction does not need to be report on Form 1099-S if you sign a certification containing assurances that any capital gain from this transaction will be exempt from tax under new IRS Code Section 121. You are required by law to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Stewart Title of California, Inc. to cause the funds to be disbursed in accordance with this statement.

**SELLER(S)**

_____
GILBERT C. LARA
By: _____
    Cynthia L. Lara

**SETTLEMENT COORDINATOR**

_____
Diane Medina

Case: 14-53167    Doc# 51    Filed: 03/26/19    Entered: 03/26/19 14:21:04    Page 6 of 6